UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-61446-BLOOM/Valle

CIRCUITRONIX, LLC,
a Florida limited liability company,

    Plaintiff,

v.

SUNNY KAPOOR,
an individual

    Defendant.
_____/

SUNNY KAPOOR,
an individual

    Counter-Plaintiff,

v.

RISHI KUKREJA,
an individual, and

CIRCUITRONIX, LLC,
a Florida limited liability company

    Counter-Defendants.
_____/

**CORPORATE DISCLOSURE STATEMENT FOR
<u>PLAINTIFF CIRCUITRONIX, LLC</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Circuitronix, LLC ("Circuitronix") hereby states that Circuitronix has no parent corporation and that no publicly held corporation owns 10% or more of Circuitronix's stock.

    Respectfully submitted

    **KOZYAK TROPIN & THROCKMORTON, LLP**
    *Counsel for Circuitronix, LLC*

Case 0:15-cv-61446-BB Document 7 Entered on FLSD Docket 08/20/2015 Page 2 of 2

2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, FL 33134
Tel:     (305) 372-1800
Fax.:    (305) 372-3508

By:  /s/ Thomas A. Tucker Ronzetti
Thomas A. Tucker Ronzetti, Esq.
Florida Bar No. 965723
tr@kttlaw.com
James M. Slater, Esq.
Florida Bar No. 111779
jslater@kttlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on August 20, 2015 as filed with the Clerk of the Court using CM/ECF.

By: /s/ James M. Slater
James M. Slater

363942