UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-61446-BLOOM/Valle

CIRCUITRONIX, LLC,

    Plaintiff,

v.

SUNNY KAPOOR,

    Defendant,
_____/

SUNNY KAPOOR,

    Counter-Plaintiff,

v.

RISHI KUKREJA,
CIRCUITRONIX, LLC,

    Counter-Defendants.
_____/

## ORDER ON MOTION FOR ATTORNEYS' FEES

**THIS CAUSE** is before the Court upon Defendant, Sunny Kapoor's, Motion for Attorneys' Fees, ECF No. [196] ("Motion"). The Court has considered the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is denied.

In the Motion, Defendant seeks an award of attorney's fees and costs as the "prevailing party" under the parties' Settlement Agreement. Specifically, he seeks $83,927.50 based on fees and costs incurred in connection with litigating Plaintiff's Motion for Relief from Final Order, ECF No. [145] ("Plaintiff's Motion"), which motion was denied on February 21, 2020. *See* ECF No. [192] ("Order on Motion for Relief"). Since that time, Plaintiff has filed a notice of appeal of

Case No. 15-cv-61446-BLOOM/Valle

the Order on Motion for Relief, *see* ECF No. [193]. Based on the procedural posture of the proceedings, where the Order on Motion for Relief remains on appeal, a ruling on attorneys' fees and costs related to Plaintiff's Motion is premature.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion, **ECF No. [196]**, is **DENIED WITHOUT PREJUDICE** pending the appeal of the Order on Motion for Relief, ECF No. [192].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of April, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record